# BILLHORN LAW FIRM

## CONSENT TO BE PARTY-PLAINTIFF

This CONSENT TO BE PARTY-PLAINTIFF, executed by Plaintiff **NIEMA MOHARER**, hereby authorizes the Billhorn Law Firm to pursue back wages and other relief against **CONNECTIVITY SOURCE, d/b/a LIPSEY COMMUNICATIONS, LLC.,** and by the signature below, **NIEMA MIKE MOHARER**, hereby consents to be a Party-Plaintiff in said lawsuit.

*Niema Moharer*
DocuSigned by: F50B965C74874C0...
CLIENT'S SIGNATURE

DATE: 6/12/2023

**PAGE 1 OF 1**

**Chicago Office**: 53 W. Jackson Blvd., St. 1137, Chicago, IL 60604 | 312-853-1450
**Denver Office**: 7900 E. Union Av., Suite 1100, Denver, CO 80237 | 720-386-9006